```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01772
   SANDRA D HAYNES
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-1411
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/28/08 .

   2.  The case was dismissed without confirmation, 06/27/2008.

   3.  The Debtor paid a total of $   1600.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | 425.00 |
| ACCOUNT SERVICE CTR | UNSECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AMCORE BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMCORE BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CBM | UNSECURED | NOT FILED | .00 | .00 |
| CBM | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FAMILY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT SERVICES GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT SERVICES GROUP | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT SERVICES GROUP | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | NOT FILED | .00 | .00 |
| LJ ROSS & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS & MEDICAL CRED | UNSECURED | NOT FILED | .00 | .00 |

```
MONTEREY FINANCIAL SVC     UNSECURED        NOT FILED            .00          .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED            .00          .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED            .00          .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED            .00          .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED            .00          .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED            .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        NOT FILED            .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED        NOT FILED            .00          .00
SHERMAN ACQUISITION        UNSECURED        NOT FILED            .00          .00
STATE COLLECTION SRV       UNSECURED        NOT FILED            .00          .00
VAN RU CREDIT              UNSECURED        NOT FILED            .00          .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       14.00             .00        14.00
         Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         14.00          .00         .00       14.00
PRINCIPAL PAID        425.00         14.00          .00         .00      439.00
INTEREST PAID            .00           .00          .00         .00         .00
TOTAL PAID            425.00         14.00          .00         .00      439.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00
and was paid $    1068.22 .

The Trustee received $       92.78 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/10/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 08 B 01772 SANDRA D HAYNES